NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1078

LAMSON PETROLEUM CORPORATION

VERSUS

HALLWOOD PETROLEUM, INC., ET AL.

************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 95-2601,
HONORABLE  HAROLD J. BROUILLETTE, DISTRICT JUDGE

************

OSWALD A. DECUIR
JUDGE

************

Court composed of Billie C. Woodard, Oswald A. Decuir, and Billy H. Ezell, Judges.

MOTION GRANTED.  SUSPENSIVE APPEAL DISMISSED.  APPEAL MAINTAINED AS DEVOLUTIVE.

John Weir Grant
Attorney at Law
Post Office Drawer 52604
Lafayette, LA 70505-2604
(337) 234-3777
COUNSEL FOR SECONDARY DEFENDANTS/APPELLANTS:
     Johnny Jefcoat
     Mildred Jefcoat

Mark Harrison Tompkins

**Attorney at Law**
**Post Office Box 52526**
**Lafayette, LA 70505**
**(337) 232-5300**
**COUNSEL FOR DEFENDANT/APPELLANT:**
     **Union Oil Company of California**
     **Petrocorp, Inc.**
     **Triton Oil & Gas Corp.**

**Robin Daniel McGuire**
**Jones, Walker, et al.**
**500 Dover Blvd., Suite 120**
**Lafayette, LA 70503**
**(337) 406-5610**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **Lamson Petroleum Corporation**